UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTUAN LITTLE,

    Plaintiff,

  v.              Case No. 21-cv-1188-bhl

ANGELA THOMPSON, et al.,

    Defendants.

# ORDER

  Antuan Little, who is representing himself, filed a complaint under 42 U.S.C. §1983, alleging that Defendants violated the Eighth Amendment and Wisconsin state law. Dkt. No. 8. Discovery closed on August 17, 2022; and dispositive motions were due September 16, 2022. Dkt. No. 13.

  On September 16, 2022, Defendants filed two motions for summary judgment. Dkt. Nos. 22 & 29. Little timely responded to both motions. S*ee* Dkt. Nos. 35 & 37. But he also filed his own *untimely* motion for summary judgment on October 14, 2022. S*ee* Dkt. No. 36. Defendants Borgen, Schroeder, and Thompson then filed a motion to strike Little's untimely motion for summary judgment; and Defendant Wilkey filed a motion to join the motion to strike. Dkt. Nos. 38 & 40.

  The Court has the authority to set, and the discretion to enforce, its own deadlines. *See Raymond v. Ameritech Corp.*, 442 F.3d 600, 605 (7th Cir. 2006) ("Rule 6(b)…clearly gives courts both the authority to establish deadlines and the discretion to enforce them."). Little's summary judgment motion is untimely under the Court's scheduling order and fails to comply with Civil

Local Rule 56(b)(1)(A)-(D). *See Phoneprasith v. Greff*, No. 21-3069, 2022 WL 1819043, at *2 (7th Cir. June 3, 2022) (quoting *McCurry v. Kenco Logistics Servs., LLC*, 942 F.3d 783, 787 n.2 (7th Cir. 2019)) (district courts have discretion "to apply its local rules 'strictly.'"). The Court will therefore grant the motion to strike and the motion to join the motion to strike.

**IT IS THEREFORE ORDERED** that Defendants Borgen, Schroeder, and Thompson's motion to strike and Defendant Wilkey's motion to join the motion to strike (Dkt. Nos. 38 & 40) are **GRANTED;** Plaintiff's untimely motion for summary judgment (Dkt. No. 36) is **STRUCK** from the record.

Dated at Milwaukee, Wisconsin on October 27, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge