UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTUAN LITTLE,

        Plaintiff,

       v.                                      Case No. 21-cv-1188-bhl

ANGELA THOMPSON, et al.,

        Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR GOOD CAUSE FOR LATE FILING OF THE NOTICE OF APPEAL

On June 26, 2023, the Court granted Defendants' motions for summary judgment and dismissed this case. Dkt. Nos. 49 & 50. On July 19, 2023, Plaintiff Antuan Little filed a motion for extension of time to appeal, which the Court granted on July 26, 2023. Dkt. Nos. 51 & 52. The Court warned Little that he must file his notice of appeal by August 25, 2023, and that the Court had no authority to further extend that deadline. Dkt. No. 52; *see also* Fed. R. App. P. 4(a)(5)(C) ("No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later."). Little never filed a notice of appeal.

Almost two years later, on April 2, 2025, Little filed a "motion for good cause for late filing of the notice of appeal." Dkt. No. 53. Little states that his incarceration, specifically the limited amount of time he had in the law library, and his lack of funding delayed his efforts to appeal. *Id*. As previously explained, this Court does not have authority to extend the appeal deadline by more than 60 days. *See* Fed. R. App. P. 4(a)(5)(C); *see also Vergara v. City of Chicago*, 939 F.3d 882, 885 (7th Cir. 2019)(noting that "Rule 4(a)…is a mandatory claim-processing rule."). Additionally,

Little's explanation of why he was unable to timely file is unpersuasive. Little did not need time in the law library to file a notice of appeal and he had the option to appeal *in forma pauperis* as he did in the district court. Little simply chose not to act in a timely manner and missed his notice of appeal deadline. The Court will therefore deny the motion for extension of time.

    **IT IS THEREFORE ORDERED** that Little's motion for good cause for late filing of the notice of appeal (Dkt. No. 53) is **DENIED**.

    Dated at Milwaukee, Wisconsin on April 7, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge